700 A.2d 1230

IN THE MATTER OF MARIE C. CHEN, AN ATTORNEY AT LAW.

October 16, 1997.

## ORDER

The Disciplinary Review Board on July 29, 1997, having filed with the Court its decision concluding that **MARIE C. CHEN** of **BOUND BROOK,** who was admitted to the bar of this State in 1986, and who was suspended from the practice of law for a period of three months by Order of this Court dated March 19, 1996, and who remains suspended at this time, should be suspended from the practice of law for a further period of three months for violating *RPC* 1.1(a) (gross neglect); *RPC* 1.1(b) (pattern of neglect); *RPC* 1.4(a) (failure to communicate); and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit, or misrepresentation), and good cause appearing;

It is ORDERED that **MARIE C. CHEN** is hereby suspended from the practice of law for a period of three months, retroactive to August 1, 1997, and until further Order of the Court; and it is further

ORDERED that all conditions placed by the Court on respondent's reinstatement to practice in the Order of the Court dated March 19, 1997, remain in effect and are hereby made a part of this Order; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of her suspension and that she comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.